No. 95–8257.  STEINBERG v. STEINBERG.  Sup. Ct. Va.  Certiorari denied.

No. 95–8258.  SEEHAN v. IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 95–8284.  CATON v. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 95–8308.  DAVIS v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 95–8359.  ELROD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8368.  SIMMONS v. UNITED STATES; and
No. 95–8460.  SANCHEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 74 F. 3d 1251.

No. 95–8383.  SUSSMAN v. NEW YORK.  App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists.  Certiorari denied.

No. 95–8384.  CAIRNES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8406.  KNIGHT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–8407.  GRENNIER v. NAGLE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–8411.  OKAYFOR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–8419.  MCCORMACK v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 95–8432.  BARNETT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8439.  GIBSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.